IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARVIN W. JOHNSON,              ) | |
|                                 ) | |
|        Plaintiff,               ) | |
|                                 ) | |
|        v.                       ) | Civ. No. 08-253-SLR |
|                                 ) | |
| INDIAN RIVER SCHOOL DISTRICT,   ) | |
|                                 ) | |
|        Defendant.               ) | |

### O R D E R

The plaintiff, Marvin W. Johnson, has filed this action without prepayment of the filing fee or a request to proceed in forma pauperis.

At Wilmington this 8th day of May, 2008, IT IS ORDERED that:

The plaintiff shall, within twenty-one days from the date of this order, either: (1) submit an application to proceed without prepayment of fees, or (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
United States District Judge