IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARVIN W. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 08-253-SLR |
| ) | |
| INDIAN RIVER SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 4th day of June, 2008, IT IS ORDERED that:

Plaintiff, Marvin W. Johnson, filed this action without prepayment of the filing fee or a request to proceed in forma pauperis. On May 8, 2008, this court entered an order requiring plaintiff to either submit an application to proceed without prepayment of fees or to pay the filing fee in full. Plaintiff was given twenty-one days from the date of the order to comply and was warned that failure to comply with the order would result in dismissal of the case without prejudice.

The time has lapsed and plaintiff has not complied with the court's **May 8, 2008** order. Therefore, plaintiff's complaint is **dismissed without prejudice**.

_____
UNITED STATES DISTRICT JUDGE